The Publishing Press, appellee, v. MacNeal Publishing Company, appellant.    Gen. No. 27,325.
Action for composition work done and furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appel-

late Court at the October term, 1921. Affirmed. Opinion filed July 11, 1922.

Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel. Joseph M. Griffen, for appellee; Frank L. Wolf, of counsel.

Mr. Justice Gridley delivered the opinion of the court.